## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**MARGARET WRIGHT,**

        **Plaintiff,**

   **v.**

**TRAVELERS INDEMNITY
COMPANY,**

        **Defendant.**

    **Case No. 1:23-cv-679**

    **JUDGE DOUGLAS R. COLE**

### ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **30 days** and upon good cause shown, move to reopen the action if the settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **SO ORDERED.**

November 6, 2024 _____
**DATE**

_____
**DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE**